### In re VAN ORMAN'S WILL.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

Proceeding for the probate of the will of Joseph Van Orman, deceased. For former report, see 11 N. Y. Supp. 931.

No opinion. Decree modified by striking therefrom the award of costs personally against the appellant, and by inserting in lieu thereof a provision charging the same upon and payable out of the estate, and as so modified affirmed, without costs of this appeal to either party.

---

### VAUGHN, Respondent, *v.* HUGHES, Appellant.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

Action by Ellen A. Vaughn against Walter Hughes.

No opinion. Judgment of the county court of Madison county, affirming a justice's judgment, affirmed, with costs.

---

### VEDDER, Appellant, *v.* DAVIS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

Action by John J. Vedder against John P. Davis and another.

No opinion. Judgment of Herkimer county court affirmed, with costs. For former report, see 1 N. Y. Supp. 886.

---

### VILLAGE OF ONEIDA *v.* BOARD OF SUP'RS OF MADISON COUNTY.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

No opinion. *Held,* (1) the act of the legislature under which the claims of the plaintiff are made is constitutional; (2) the claims of $60.60, and interest thereon from the 1st day of June, 1883, and of $71.42, and interest thereon from the 1st day of June, 1884, are barred by the statute of limitations; (3) the plaintiff is entitled to recover the claims not so barred mentioned in the first question stated in the submission, with interest thereon from the several dates mentioned in said questions, and judgment therefor is ordered for the plaintiff against defendant, with costs. The formula of the judgment may be settled before HARDIN, P. J., upon five days' notice.

---

### WATERTOWN NAT. BANK, Respondent, *v.* FONDA LAKE PAPER CO., Appellant.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

No opinion. Judgment affirmed, with costs.

---

### WILDER, Respondent, *v.* BALLOU, Appellant.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

Action by Sidney Wilder against Henry C. Ballou.

No opinion. Order modified by striking out the $10 costs, and as so modified affirmed, without costs to either party to this appeal.

---

### WILKINSON, Respondent, *v.* HUBBELL, Appellant.

*(Supreme Court, General Term, Fourth Department. October 3, 1891.)*

Action by Alfred Wilkinson against Charles E. Hubbell.

No opinion. Order affirmed.